## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF KENTUCKY
## OWENSBORO DIVISION

**IN RE:**

**KEVIN DALE ROLLEY**                                        **CASE NO. 21-40063-CRM**
**AND**
**SHERRI MARIE ROLLEY**

   **Debtors**

## PRELIMINARY RESPONSE OF THE
## DEBTORS' OBJECTION TO CLAIM OF ARREARAGE

The Movant, U.S. Bank National Association, not in its individual capacity but solely as trustee of NRZ Pass-Through Trust XVIII ("U.S. Bank"), a creditor in the above-referenced case, by counsel, responds to the Debtors' Objection to Claim of Arrearage ("Objection"), Document Number 15, filed herein on April 27, 2021, as follows:

1.          U.S. Bank filed its secured Proof of Claim ("Claim"), Number 6-1, in the amount of $43,523.25 on March 25, 2021.

2.          The Objection cites, the . . . Creditor's . . . Claim . . . includes costs and fees associated with a foreclosure . . . are excessive and should not be allowed."

3.          U.S. Bank is currently gathering all documentation to supplement this Response.  Once said documentation is provided to the undersigned, a more complete response will be filed.

(TR 21-00283/ 21-40063-CRM-13/ US Bank/ Rolley

**WHEREFORE**, U.S. Bank prays for an Order of the Court as follows:

1.      Overruling the Objection to its claim.

2.      For such other relief as may be appropriate.

/s/ Christopher M. Hill

_____

Christopher M. Hill
Christopher M. Hill & Associates, P.S.C.
P.O. Box 817
Frankfort, KY 40602
502-226-6100/telephone
502-223-0700/facsimile
chrish@hillslaw.com
*Counsel for U.S. Bank*

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing was served on counsel for debtors, the trustee and other parties in interest, by either ordinary U.S. Mail, postage pre-paid, or via electronic filing on this 27th day of May 2021.

Mark R. Little
44 Union Street
Madisonville, KY 42431
*Counsel for Debtors*

*Trustee*
William W. Lawrence – 13
310 Republic Plaza
200 S. Seventh Street
Louisville, KY 40202

*U.S. Trustee*
John L. Daugherty
Asst. U.S. Trustee
601 West Broadway #512
Louisville, KY 40202

/s/ Christopher M. Hill

_____

Christopher M. Hill
*Counsel for U.S. Bank*

(TR 21-00283/ 21-40063-CRM-13/ US Bank/ Rolley