UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| KEVIN DALE ROLLEY | ) | CASE NO: 21-40063-crm |
| SHERRI MARIE ROLLEY | ) | CHAPTER 13 |
| | ) | |
| <u>DEBTORS</u> | ) | |

## **WITHDRAWAL OF OBJECTION TO CLAIM**

Comes Counsel for the Debtor, the Hon. Mark Little, and withdraws the Objection to Claim Number 6 filed on April 27, 2021 2021 (docket no. 15).

<u>/s/Mark Little</u>
Mark Little
Attorney for Debtors
44 Union Street
Madisonville, KY 42431
(270) 821-0110

CERTIFICATE OF SERVICE

In accordance with Local Rule 9036-1(a) and (b), I certify that on June 14, 2021, I sent a copy of the foregoing Withdrawal of Objection to Claim to all parties who requested notice in the above-captioned case by either: (1) electronic means through the Bankruptcy Court's CM/ECF system; or (2) First Class U.S. Mail if the Notice of Electronic Filing from this Court's CM/ECF system indicates that there are interested parties not deemed to have consented to electronic notice or service; and a copy to NewRez LLC dba Shellpoint Mortgage Servicing via facsimile (866-467-1187) and to Hon. Mary Vitartas via facsimile (850-422-2567) and to Hon. Christopher M. Hill via facsimile (502-223-0700) pursuant to Local Rule 9036-1(c).

<u>/s/Mark Little</u>
Mark Little