UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

IN RE:

Kevin & Sherri Rolley            Case No. 21-40063
                                        Chapter 13

Debtor(s)

## **NOTICE TO SUBSTITUTE AS COUNSEL OF RECORD FOR DEBTOR**

Come now the Debtors, Kevin & Sherri Rolley, by and through Counsel, and notifies the Court that Samuel Wright, Farmer & Wright, 4975 Alben Barkley Drive, Suite 1, Paducah, Kentucky, 42001, is substituting in as Counsel for the Debtors, thereby replacing Mark Little, 44 Union Street, Madisonville, Kentucky, 42431 as Counsel of Record.

All remaining attorney fees to be paid for this case shall be remitted to Samuel Wright, Farmer & Wright, PLLC.

/s/ SAMUEL J. WRIGHT
Samuel J. Wright
Farmer & Wright, PLLC
4975 Alben Barkley Drive, Suite 1
Paducah, KY 42001
Telephone No.: (270) 201-7771
Facsimile (270) 443-4631

## NOTICE OF ELECTRONIC FILING
## AND CERTIFICATE OF SERVICE

      I hereby certify that on January 3, 2022, a true and correct copy of the foregoing was filed electronically with the Court and served upon the following by depositing same in the U. S. Mail, postage prepaid:

Kevin & Sherri Rolley
70 Winstons Lane
Greenville, KY 42345

                                    /s/ SAMUEL J. WRIGHT
                                    Samuel J. Wright